UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD JACKSON,

        Plaintiff,

   v.

MCNEIL ISLAND CORRECTIONAL CENTER, *et al.*,

        Defendants.

Case No.  C05-5794FDB

ORDER

    This matter is before the court on plaintiff's motion for an extension of time to respond to the Answer to the complaint and his request to compel discovery (Dkt. # 20).  After reviewing the motion, and the remaining record, the court does find and order the following.

    (1) Plaintiff's motion  is **DENIED**.   There is no need to respond to an Answer.  The next applicable deadline is the date to complete discovery, which is December 1, 2006.  With respect to Plaintiff's request for the court to order defendants to disclose certain information, plaintiff has failed to request this information in an appropriate request for discovery served on defendants.  Moreover, plaintiff has not shows he conferred with the opposing party prior to filing a motion to compel as required by Local Rule CR 37.

    (2)  The clerk is directed to send copies of this Order to plaintiff and defendants' counsel.

Dated this 27th day of July, 2006.

                /s/ J. Kelley Arnold
               J. Kelley Arnold
               United States Magistrate Judge