# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD JACKSON

      v.

SGT. WILLIAMS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5794FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendants' motion for summary judgment is GRANTED; and

Plaintiff's causes of action are DISMISSED; and plaintiff's pending motions, if any, are denied as being moot.

   March 8, 2007                                      BRUCE RIFKIN
                                                                   Clerk

                                                          *s/CM Gonzalez*
                                                          Deputy Clerk